**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: | CASE NO. 19-24356 |
| Izabel M Szymanski | CHAPTER 13 |
| Debtor(s). | JUDGE Timothy A. Barnes |

**AGREED ORDER CONDITIONING THE AUTOMATIC STAY**

On the motion of Lakeview Loan Servicing, LLC for the entry of an order modifying the automatic stay to permit it to foreclose its mortgage on said real estate:

IT IS HEREBY ORDERED that the automatic stay in this case, as it applies to the interest of Lakeview Loan Servicing, LLC ("Movant") in the real property commonly known as 2312 Algonquin Rd., #12, Rolling Meadows, IL 60008-3643, shall continue in effect under the following conditions:

1. The debtor(s) shall make the following stipulation payments timely and directly to Lakeview Loan Servicing, LLC. These payments include the 9/01/2019 to 4/01/2020 post-petition payments of $568.03 each, post-petition attorney fees/costs in the amount of $831.00, minus funds tendered in the amount of $2,787.62, for a total post-petition default amount of $2,587.62. If any of the following payments are not received by its due date or are returned NSF, the automatic stay shall be automatically modified to permit foreclosure, without further order of the Court, upon 14 days written notice to the debtor(s) and to the attorney for debtor(s), during which period the debtor(s) may cure the said default:
    a) $431.27 due on or before the end of the month plus the 05/01/2020 regular payment.
    b) $431.27 due on or before the end of the month plus the 06/01/2020 regular payment.
    c) $431.27 due on or before the end of the month plus the 07/01/2020 regular payment.
    d) $431.27 due on or before the end of the month plus the 08/01/2020 regular payment.
    e) $431.27 due on or before the end of the month plus the 09/01/2020 regular payment.
    f) $431.27 due on or before the end of the month plus the 10/01/2020 regular payment.

2. The debtor(s) shall thereafter continue making timely post-petition mortgage payments as per the terms of the security agreements.

3. If debtor(s) fall(s) two (2) months in default on any payment, as referred to in paragraphs 1 and 2, the automatic stay shall be automatically modified to permit foreclosure, without further order of the Court, upon 14 days written notice to the debtor(s) and to the attorney for debtor(s), during which period the debtor(s) may cure the said default. In the event Debtor becomes delinquent after two (2) notices of default, then upon the third default the Automatic Stay shall terminate as to the Movant without further recourse to this Court and Movant shall be allowed to take any and all steps necessary to exercise any and all rights it may have in the property commonly known as 2312 Algonquin Rd., #12, Rolling Meadows, Illinois 60008-3643. Movant shall file a Notice of Termination of Debtor Stay with the Court in the event the stay is terminated pursuant to this paragraph.

4. In the event of a default, the Debtor(s) shall tender the required funds along with a $50.00 service fee, payable to Movant, to the offices of Anselmo Lindberg & Associates LLC at the address below. The payment must be made in the form of a certified check, money order, or cashier's check. The $100.00 service fee will be collectible against the Debtor(s), payable to either Movant or its counsel pursuant to the terms of the notice regarding the default. For purposes of determining when the stay is modified, the stay shall be considered modified upon the expiration of the cure term when the Debtor(s) fail to cure.

DATED: **May 6, 2020**

ENTER:

_____
Bankruptcy Judge

_____
Attorney for Creditor

  /s/ Michelle Mandroiu
Attorney for Debtor(s)

Nisha B. Parikh | ARDC #6298613
Crystal V. Caceres | ARDC #6300765
Theodore Konstantinopoulos | Ohio Bar #0065542
Anselmo Lindberg & Associates LLC
1771 W. Diehl Rd., Ste. 120
Naperville, IL 60563-4947
630-453-6960 | 866-402-8661 | 630-428-4620 (fax)
ILbankruptcy@dallegal.com
Firm File Number: B19110052
**THIS LAW FIRM IS DEEMED TO BE A DEBT COLLECTOR.**