Case 19-24356    Doc 46-2    Filed 10/15/20    Entered 10/15/20 18:05:20    Desc
Supplement Post-Petition Account Ledger    Page 1 of 2

10/15/2020  9:54 AM    Resident Transaction Report    Page: 1

Coach Light Condominium Association
Dates 03/10/2015 to 10/15/2020

64-2312  Coach Light Condo
Rolling Meadows IL  60008

| Unit | Space | Resident | Type | Date | CC | Description | Check | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 0012 | 03 | Izabel Szymanski* | App# | 45038 | | | Beg Bal | | 0.00 |
| | | 2312 W Algonquin Road #12 | Chg | 03/10/2015 | IO | Error correct | | 15.00 | 15.00 |
| | | Rolling Meadows IL 60008 | Cr | 03/10/2015 | IO | Correction | | -15.00 | 0.00 |
| | | | Chg | 03/10/2017 | IO | Move In Fee | | 15.00 | 15.00 |
| | | 2312 W Algonquin Road #12 | Cr | 03/10/2017 | IO | Correct error | | -15.00 | 0.00 |
| | | Rolling Meadows IL 60008 | Chg | 04/01/2017 | CS | Monthly Assessment | | 313.22 | 313.22 |
| | | | Pay | 04/10/2017 | | Lckbx Pmt | 000099 | -313.22 | 0.00 |
| | | | Chg | 05/01/2017 | MA | Monthly Assessment | | 313.22 | 313.22 |
| | | | Pay | 05/08/2017 | | Lckbx Pmt | 006144 | -313.22 | 0.00 |
| | | | Chg | 06/01/2017 | MA | Monthly Assessment | | 313.22 | 313.22 |
| | | | Chg | 06/16/2017 | LF | Late Fee | | 25.00 | 338.22 |
| | | | Chg | 07/01/2017 | MA | Monthly Assessment | | 313.22 | 651.44 |
| | | | Chg | 07/17/2017 | LF | Late Fee | | 25.00 | 676.44 |
| | | | Chg | 08/01/2017 | MA | Monthly Assessment | | 313.22 | 989.66 |
| | | | Chg | 08/16/2017 | LF | Late Fee | | 25.00 | 1,014.66 |
| | | | Chg | 09/01/2017 | MA | Monthly Assessment | | 313.22 | 1,327.88 |
| | | | Chg | 09/19/2017 | LF | Late Fee | | 25.00 | 1,352.88 |
| | | | Chg | 10/01/2017 | MA | Monthly Assessment | | 313.22 | 1,666.10 |
| | | | Chg | 10/12/2017 | TO | Records to Attorney | | 75.00 | 1,741.10 |
| | | | Chg | 10/17/2017 | LF | Late Fee | | 25.00 | 1,766.10 |
| | | | Chg | 11/01/2017 | MA | Monthly Assessment | | 313.22 | 2,079.32 |
| | | | Chg | 11/14/2017 | LC | #1232990 10/2017 | | 331.92 | 2,411.24 |
| | | | Chg | 11/16/2017 | LF | Late Fee | | 25.00 | 2,436.24 |
| | | | Chg | 12/01/2017 | MA | Monthly Assessment | | 313.22 | 2,749.46 |
| | | | Chg | 12/18/2017 | LF | Late Fee | | 25.00 | 2,774.46 |
| | | | Chg | 01/01/2018 | MA | Monthly Assessment | | 319.49 | 3,093.95 |
| | | | Chg | 01/16/2018 | LF | Late Fee | | 25.00 | 3,118.95 |
| | | | Chg | 01/22/2018 | LC | #1244839 1/2018 | | 390.45 | 3,509.40 |
| | | | Chg | 01/22/2018 | LC | #1241317 12/2017 | | 1,030.54 | 4,539.94 |
| | | | Chg | 02/01/2018 | MA | Monthly Assessment | | 319.49 | 4,859.43 |
| | | | Chg | 02/19/2018 | LF | Late Fee | | 25.00 | 4,884.43 |
| | | | Chg | 03/01/2018 | MA | Monthly Assessment | | 319.49 | 5,203.92 |
| | | | Chg | 03/08/2018 | LC | #1246003 1/2018 | | 65.00 | 5,268.92 |
| | | | Chg | 03/09/2018 | LC | #1250035 2/2018 | | 295.00 | 5,563.92 |
| | | | Chg | 03/09/2018 | LC | #1250418 2/2018 | | 79.50 | 5,643.42 |
| | | | Chg | 03/17/2018 | LF | Late Fee | | 25.00 | 5,668.42 |
| | | | Chg | 04/01/2018 | MA | Monthly Assessment | | 319.49 | 5,987.91 |
| | | | Chg | 04/16/2018 | LF | Late Fee | | 25.00 | 6,012.91 |
| | | | Chg | 05/01/2018 | MA | Monthly Assessment | | 319.49 | 6,332.40 |
| | | | Chg | 05/17/2018 | LF | Late Fee | | 25.00 | 6,357.40 |
| | | | Chg | 06/01/2018 | MA | Monthly Assessment | | 319.49 | 6,676.89 |
| | | | Chg | 06/17/2018 | LF | Late Fee | | 25.00 | 6,701.89 |
| | | | Chg | 07/01/2018 | MA | Monthly Assessment | | 319.49 | 7,021.38 |
| | | | Chg | 07/16/2018 | LF | Late Fee | | 25.00 | 7,046.38 |
| | | | Chg | 07/19/2018 | LC | #1260435 4/2018 | | 343.50 | 7,389.88 |
| | | | Pay | 07/19/2018 | | Attmy ck | 085385 | -7,054.39 | 335.49 |
| | | | Chg | 07/30/2018 | LC | #1260435 4/2018 | | 343.50 | 678.99 |
| | | | Cr | 07/31/2018 | LC | CREDIT | | -343.50 | 335.49 |
| | | | Chg | 08/01/2018 | MA | Monthly Assessment | | 319.49 | 654.98 |
| | | | Chg | 08/14/2018 | LC | #1272986 7/2018 | | 106.00 | 760.98 |
| | | | Chg | 08/16/2018 | LF | Late Fee | | 25.00 | 785.98 |
| | | | Chg | 09/01/2018 | MA | Monthly Assessment | | 319.49 | 1,105.47 |
| | | | Chg | 09/01/2018 | LC | #1272986 7/2018 | | 106.00 | 1,211.47 |
| | | | Chg | 09/17/2018 | LF | Late Fee | | 25.00 | 1,236.47 |
| | | | Pay | 09/24/2018 | | Lckbx Pmt | 000182 | -344.49 | 891.98 |
| | | | Chg | 09/26/2018 | TO | Records to Attorney | | 75.00 | 966.98 |
| | | | Chg | 10/01/2018 | MA | Monthly Assessment | | 319.49 | 1,286.47 |
| | | | Chg | 10/01/2018 | LC | #1281855 9/2018 | | 450.50 | 1,736.97 |
| | | | Chg | 10/16/2018 | LF | Late Fee | | 25.00 | 1,761.97 |
| | | | Chg | 11/01/2018 | MA | Monthly Assessment | | 319.49 | 2,081.46 |
| | | | Cr | 11/01/2018 | LC | CREDIT | | -106.00 | 1,975.46 |
| | | | Chg | 11/16/2018 | LF | Late Fee | | 25.00 | 2,000.46 |
| | | | Chg | 12/01/2018 | MA | Monthly Assessment | | 319.49 | 2,319.95 |
| | | | Chg | 12/17/2018 | LF | Late Fee | | 25.00 | 2,344.95 |
| | | | Chg | 01/01/2019 | MA | Monthly Assessment | | 319.49 | 2,664.44 |
| | | | Cr | 01/09/2019 | CS | Xfer to 00 BK13 7/18 | | -1,235.49 | 1,428.95 |
| | | | Chg | 02/01/2019 | MA | Monthly Assessment | | 319.49 | 1,748.44 |
| | | | Chg | 02/18/2019 | LF | Late Fee | | 25.00 | 1,773.44 |
| | | | Chg | 02/22/2019 | LC | #1299456 1/2019 | | 106.00 | 1,879.44 |
| | | | Chg | 03/01/2019 | MA | Monthly Assessment | | 319.49 | 2,198.93 |
| | | | Chg | 03/18/2019 | LF | Late Fee | | 25.00 | 2,223.93 |
| | | | Chg | 03/26/2019 | CS | Xfer from 00 BK13 | | 1,218.72 | 3,442.65 |
| | | | Chg | 03/29/2019 | LC | #1306945 3/2019 | | 953.00 | 4,395.65 |
| | | | Chg | 04/01/2019 | MA | Monthly Assessment | | 319.49 | 4,715.14 |
| | | | Chg | 04/16/2019 | LF | Late Fee | | 25.00 | 4,740.14 |

64-2312  Coach Light Condo
Rolling Meadows IL  60008

| Unit | Space | Resident | Type | Date | CC | Description | Check | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| | | | Chg | 05/01/2019 | MA | Monthly Assessment | | 319.49 | 5,059.63 |
| | | | Chg | 05/16/2019 | LF | Late Fee | | 25.00 | 5,084.63 |
| | | | Chg | 06/01/2019 | MA | Monthly Assessment | | 319.49 | 5,404.12 |
| | | | Chg | 06/17/2019 | LF | Late Fee | | 25.00 | 5,429.12 |
| | | | Chg | 07/01/2019 | MA | Monthly Assessment | | 319.49 | 5,748.61 |
| | | | Chg | 07/16/2019 | LF | Late Fee | | 25.00 | 5,773.61 |
| | | | Chg | 07/31/2019 | LC | #1324857 7/2019 | | 384.40 | 6,158.01 |
| | | | Chg | 08/01/2019 | MA | Monthly Assessment | | 319.49 | 6,477.50 |
| | | | Chg | 08/16/2019 | LF | Late Fee | | 25.00 | 6,502.50 |
| | | | Cr | 08/30/2019 | CS | BK13 Filed 8-2019 | | -6,502.50 | 0.00 |
| | | | Chg | 09/01/2019 | MA | Monthly Assessment | | 319.49 | 319.49 |
| | | | Chg | 09/17/2019 | LF | Late Fee | | 25.00 | 344.49 |
| | | | Chg | 09/30/2019 | LC | #1329065 8/2019 | | 962.97 | 1,307.46 |
| | | | Chg | 09/30/2019 | LC | #1331924 9/2019 | | 115.00 | 1,422.46 |
| | | | Chg | 10/01/2019 | MA | Monthly Assessment | | 319.49 | 1,741.95 |
| | | | Chg | 10/16/2019 | LF | Late Fee | | 25.00 | 1,766.95 |
| | | | Chg | 10/31/2019 | LC | #1336227 10/2019 | | 450.50 | 2,217.45 |
| | | | Chg | 10/31/2019 | LC | #1332747 9/2019 | | 295.00 | 2,512.45 |
| | | | Chg | 11/01/2019 | MA | Monthly Assessment | | 319.49 | 2,831.94 |
| | | | Cr | 11/14/2019 | LC | CREDIT | | -962.97 | 1,868.97 |
| | | | Cr | 11/14/2019 | LC | CREDIT | | -115.00 | 1,753.97 |
| | | | Cr | 11/14/2019 | LC | CREDIT | | -450.50 | 1,303.47 |
| | | | Cr | 11/14/2019 | LC | CREDIT | | -295.00 | 1,008.47 |
| | | | Chg | 11/27/2019 | LC | #1339872 11/2019 | | 106.00 | 1,114.47 |
| | | | Chg | 12/01/2019 | MA | Monthly Assessment | | 319.49 | 1,433.96 |
| | | | Pay | 12/03/2019 | | PAYMENT | 5335354 | -663.98 | 769.98 |
| | | | Pay | 12/03/2019 | | PAYMENT | 42922300 | -344.49 | 425.49 |
| | | | Chg | 01/01/2020 | MA | Monthly Assessment | | 329.06 | 754.55 |
| | | | Chg | 01/17/2020 | LF | Late Fee | | 25.00 | 779.55 |
| | | | Chg | 02/01/2020 | MA | Monthly Assessment | | 329.06 | 1,108.61 |
| | | | Chg | 02/18/2020 | LF | Late Fee | | 25.00 | 1,133.61 |
| | | | Chg | 03/01/2020 | MA | Monthly Assessment | | 329.06 | 1,462.67 |
| | | | Pay | 03/06/2020 | | PAYMENT | 92429226 | -1,108.61 | 354.06 |
| | | | Chg | 04/01/2020 | MA | Monthly Assessment | | 329.06 | 683.12 |
| | | | Chg | 05/01/2020 | MA | Monthly Assessment | | 329.06 | 1,012.18 |
| | | | Chg | 06/01/2020 | MA | Monthly Assessment | | 329.06 | 1,341.24 |
| | | | Chg | 06/12/2020 | FI | #4 Cigarette Butts | | 50.00 | 1,391.24 |
| | | | Chg | 06/16/2020 | LF | Late Fee | | 25.00 | 1,416.24 |
| | | | Chg | 07/01/2020 | MA | Monthly Assessment | | 329.06 | 1,745.30 |
| | | | Chg | 07/16/2020 | LF | Late Fee | | 25.00 | 1,770.30 |
| | | | Chg | 08/01/2020 | MA | Monthly Assessment | | 329.06 | 2,099.36 |
| | | | Chg | 08/11/2020 | LC | #1371186 7/2020 | | 106.00 | 2,205.36 |
| | | | Chg | 08/17/2020 | LF | Late Fee | | 25.00 | 2,230.36 |
| | | | Chg | 09/01/2020 | MA | Monthly Assessment | | 329.06 | 2,559.42 |
| | | | Chg | 09/16/2020 | LF | Late Fee | | 25.00 | 2,584.42 |
| | | | Chg | 10/01/2020 | MA | Monthly Assessment | | 329.06 | 2,913.48 |
| | | | | | | | End Bal | | 2,913.48 |

```
ACCOUNT BALANCE          $ 2,913.48
LEGAL MOTION TO MODIFY   $   850.00
LEGAL FILING FEE         $   181.00
                 TOTAL   $ 3,944.48
```