# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF ILLINOIS

# EASTERN DIVISION

| | |
|---|---|
| Izabel M Szymanski | 19-24356 |
| | CHAPTER 13 |
| Debtor | JUDGE Timothy A. Barnes |

## NOTICE OF MOTION

TO: See attached service list

PLEASE TAKE NOTICE that on November 12, 2020 at 1:30 p.m., I will appear before the Honorable Timothy A. Barnes, or any judge sitting in that judge's place, and present the motion to Vacate payroll order a copy of which is hereby attached.

This motion will be presented and heard through Zoom or Zoom for government. No personal appearance in court is necessary or permitted. To appear and be heard on the motion, there are two methods to do so. Electronically or by telephone. Either will work, though those appearing by telephone will require extra clearance before being allowed into the hearing. The following information applies to both methods: you must set up and use an account with Court Solutions, LLC. You can set up an account at www.CourtSolutions.com or by calling Court Solutions at (917) 746-7476.

For Zoom or Zoom for Government: - Meeting ID: 161 329 5276 - Passcode: 433658

For appearing by telephone: Join the hearing by dialing one the two following numbers: 669-254-5252 or 646-828-7666.

If you object to this motion and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

By: David H Cutler

Attorney for Debtor

4131 Main St. Skokie, IL 60076

cutlerfilings@gmail.com

CERTIFICATE OF SERVICE I, David H Cutler, certify/declare under penalty of perjury under the laws of the United States of America that I served a copy of this notice and the attached motion/application on each entity shown on the attached list at the address shown and by the method indicated on the list on November 4, 2020, before 5:30 p.m.