IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: ) | Case No.  19-24356 |
| Izabel M Szymanski ) | |
| ) | Chapter 13 |
| ) | |
| Debtor(s).     ) | Honorable Timothy A. Barnes |

**MOTION TO VACATE PAYROLL CONTROL ORDER**

NOW COMES the Debtor, Izabel M Szymanski, by and through her attorneys, Cutler and Associates, Ltd., and moves this court to vacate the Payroll Control Order entered on September 12, 2019 [doc. 18], and in support thereof states as follows:

1. On August 28, 2019 the Debtor filed a petition under Chapter 13 of Title 11 U.S.C.

2. That the Debtor's Plan was confirmed on November, 14, 2019.

3. An order for Payroll Control was entered on September 12, 2019. (See Exhibit A)

4. The Debtor wishes to have the payroll order vacated so she may better manage her finances and have more control during these difficult times caused by the Covid 19 pandemic. Debtor will pay her plan payments directly via certified funds in the mail or online.

WHEREFORE the Debtor, Izabel M Szymanski prays that this honorable court enter an order vacating the Payroll Control Order entered on September 12, 2019 [doc. 18].

By:    /s/ *David H. Cutler*

David H. Cutler, ESQ
Cutler and Associates, Ltd.
4131 Main St
Skokie IL 60076
(847) 673-8600