UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   19-24356 |
| | ) | |
| IZABEL M. SZYMANSKI | ) | Chapter:  13 |
| | ) | |
| | ) | Honorable Timothy A. Barnes |
| | ) | |
| Debtor(s) | ) | |

**AGREED ORDER CONDITIONING AUTOMATIC STAY**

This cause coming to be heard on the motion of Coach Light Condominium Association through its attorneys Ronald J. Kapustka of Kovitz Shifrin Nesbit to modify the stay, the Court being fully advised;

IT IS ORDERED:

1. That the Debtor(s) shall cure the default through November 6, 2020 of $4,348.54 by submitting one payment of $800.00 on or before November 12, 2020 and thereafter payment of $354.85 monthly, in addition to the regular monthly assessment, for 10 months with the first payment on or before December 1, 2020 and a final payment on or before September 1, 2021.  If Debtor fails to do so, the default provisions of paragraph 3, below, shall apply.  These payments are to be made in addition to the regular monthly assessments and any other payments required under the Debtor's plan.

2. Effective immediately, the Debtor(s) shall make timely post-petition assessment payments to Coach Light Condominium Association.  If the Debtor fails to tender the post-petition monthly payments due Coach Light Condominium Association accruing thereby a two-month default, then the default provisions of paragraph 3, below, shall apply.

3. If the Debtors fail to comply with the terms of paragraphs 1 or 2 above, then the automatic stay shall be modified, without further order of court, so as to allow Coach Light Condominium Association to exercise its rights under non-bankruptcy law, and to collect assessments, legal fees, and costs against the Debtor pre and post petition, with regard to the property commonly known as 2312 Algonquin Road, Unit 12, Rolling Meadows, Illinois, PROVIDED that written notice of default is mailed to the Debtor(s) and Debtor(s) attorney and the default specified therein is not cured within fourteen (14) days of the mailing of the notice.

4.  If the automatic stay is modified pursuant to paragraph 3 above, Coach Light Condominium Association shall file a Notice of Failure to Comply with the clerk of the court.This relief from the automatic stay will survive the conversion of the current chapter to any other chapters under Title 11.

Rev: 20170105_bko

5. The Debtor(s) may elect to cure within the fourteen (14) day period by tendering the required funds along with a $198.75 service fee to the offices of Kovitz Shifrin Nesbit at the address below. Cure must be made payable to Coach Light Condominium Association. For purposes of determining when the stay is modified, the stay shall be considered modified upon the expiration of the cure term when the Debtor(s) fails to cure.

Enter:

Honorable Timothy A. Barnes
United States Bankruptcy Judge

Dated: 11.12.20

**Prepared by:**

Ronald J. Kapustka, Kovitz Shifrin Nesbit
175 North Archer Ave., Mundelein, IL 60060
Tel. (847) 537-0500 / Fax (847) 537-0550
rkapustka@ksnlaw.com; ndaily@ksnlaw.com
ARDC No. 6203095 / KSN FILE (CCX07-61227)

Rev: 20170105_bko