UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )  BK No.: 19-24356
Izabel M Szymanski )
) Chapter: 13
) Honorable Timothy Barnes
)
)
Debtor(s) )

**ORDER ON MOTION TO VACATE PAYROLL CONTROL ORDER**

Upon Motion of the Debtor, no responsive pleading having been filed or objection within the time required, IT HEREBY ORDERED:

1. The Debtor's Motion to Vacate the Payroll Order entered on, September 12, 2019 [doc. 18], is hereby granted.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated: November 12, 2020

**Prepared by:**

David H. Cutler, ESQ
Cutler & Associates Ltd.
4131 Main St.
Skokie IL 60076
(847) 673-8600